IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LEAH SCOTT,

    Plaintiff,

v.                                            CASE NO. 3:16-cv-719-RV-GRJ

EGLIN FEDERAL CREDIT UNION,

    Defendant.
_____/

## O R D E R

This case is before the Court on ECF No. 12, Plaintiff's Motion to Quash Subpoenas, or alternatively, Motion for Protective Order. Defendant has responded. (ECF No. 13.) Upon a review of the filings, the Court concludes that a telephonic hearing is necessary to resolve the issues addressed in Plaintiff's motion.

Accordingly, a **telephonic** hearing is set before Magistrate Judge Gary R. Jones on **Tuesday, April 11, 2017, at 2:00 PM (Eastern Time)**. The parties shall dial into the conference call by calling AT&T Conference Line at **888-684-8852** and entering access code **4251733#**.  When prompted for a security code, enter **3696#**. The parties may dial into the

conference call up to five minutes before the scheduled start time.

**DONE AND ORDERED** this 30th day of March 2017.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge